

FILED

09/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0185

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0185

FILED

SEP 21 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

| IN THE MATTER OF DESIGNATING A TEMPORARY SUBSTITUTE JUDGE TO SERVE ON THE SENTENCE REVIEW DIVISION | O R D E R |

The Sentence Review Division has scheduled hearings via Zoom videoconference on Friday, September 24, 2021. The Honorable Luke Berger, a member thereof, is unable to participate. The Honorable John Warner, appointed substitute judge for the Sentence Review Division, is also not able to attend.

Section 46-18-902, MCA, authorizes the Chief Justice of the Montana Supreme Court to appoint the members of the Sentence Review Division and a substitute judge when necessary. The Honorable Michael B. Hayworth is available and willing to participate in the hearings.

Therefore,

IT IS HEREBY ORDERED that the Honorable Michael B. Hayworth of the Sixteenth Judicial District is appointed to act in place of the Honorable Luke Berger at the Sentence Review Division hearings on September 24, 2021.

The Clerk is directed to provide a copy of this Order to Shelly Smith, Office Administrator for the Sentence Review Division, to the Honorable Michael B. Hayworth, and to the members of the Sentence Review Division.

DATED this 21st day of September, 2021.

For the Court,

By _____
Chief Justice